KIMBERLY A. SANCHEZ
Acting United States Attorney
NICOLE MOODY
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

FILED
Jul 31, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FREDY FIGUEROESPINO, <br><br> Defendant. | CASE NO.   2:25-cr-0175-TLN <br><br> VIOLATION:  8 U.S.C. § 1326(a) – Deported Alien Found in the United States |

# INDICTMENT

The Grand Jury charges: T H A T

FREDY FIGUEROESPINO,

defendant herein, an alien, on or about January 14, 2011, was excluded, deported, and removed from the United States while an order of exclusion, deportation, and removal was outstanding, and, thereafter, on or about June 17, 2024, the defendant was found in the State and Eastern District of California, after voluntarily and knowingly reentering the United States, with neither the Attorney General of the United States nor the Secretary of the Department of Homeland Security having expressly consented to a

///

///

///

///

1 | reapplication by the defendant for admission into the United States, in violation of Title 8, United States
2 | Code, Sections 1326(a).

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

EAUSA

*(signature)*

KIMBERLY A. SANCHEZ
Acting United States Attorney

INDICTMENT                              2

No. 2:25-cr-0175-TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*
FREDY FIGUEROESPINO

**NO PROCESS NECESSARY**

INDICTMENT

**VIOLATION(S):** 8 U.S.C. §§ 1326(a) and (b)(1) - Deported Alien Found in the United States

*A true bill,* **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* __31st__ *day*

*of* __July__ , A.D. 2025

/s/ J. Murphy
_____
*Clerk.*

**NO PROCESS NECESSARY**

*Carolyn K. Delaney*

GPO 863 525

2:25-cr-0175-TLN

<u>United States</u>
<u>v.</u>
<u>**FREDY FIGUEROESPINO**</u>

**Penalties for Indictment**

| | |
|---|---|
| VIOLATION: | 8 U.S.C. § 1326(a) – Deported Alien Found in the United States |
| PENALTIES: | Not more than 2 years in prison, <br> Not more than $250,000 fine, or both; <br> Not more than 3-year term of supervised release |
| SPECIAL ASSESSMENT: | $100 (felony) |